

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00526-CV

**COMSTOCK RESOURCES, INC.** and Comstock Oil and Gas, LP,
Appellants

v.

**LUXOR ENERGY CORPORATION**, Wadi Petroleum Inc., The William A. Krusen, Jr.
Irrevocable Trust and William T. Vogt, Jr. 2007 Grantor retained Annuity Trust,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-1212
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  November 6, 2013

DISMISSED

The appellants filed an unopposed motion to dismiss this appeal stating the parties have compromised and settled all underlying disputes. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM